Ex parte James A. SANGSTER, Irving E. Clark, Millard Dunn.

No. 28126.

Court of Criminal Appeals of Texas.

June 20, 1956.

Gilbert FUENTES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28421.

Court of Criminal Appeals of Texas.

June 30, 1956.

R. Richard Thornton, Galveston, for appellant.

Marsene Johnson, Jr., Dist. Atty., A. A. Alexander, Jr., Asst. Dist. Atty., Galveston, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an appeal from the order of the judge of the Tenth Judicial District Court, Galveston County, refusing to grant relators the relief prayed for by writ of habeas corpus.

It now appearing that the relief prayed for has been granted since this appeal was perfected, the question presented is therefore moot.

The appeal is accordingly dismissed.